ABEL A. LEMON, plaintiff in error, *vs.* WILEY W. THAXTON, executor, defendant in error.

1. Generally, if a creditor would exhaust his legal remedies against an estate so as to entitle himself to reach assets through a court of equity, he should obtain a judgment and *fi. fa.* which can be levied of the goods etc., of the testator or intestate, and procure a return of *nulla bona.*

2. A *fi. fa.* against an executor which directs the seizure of his property and not the property of the testator, cannot be levied upon the effects of the estate.

Equity. Debtor and creditor. Levy and sale. Executors and administrators. Executions. Before Judge BUCHANAN. Butts Superior Court. March Term, 1877

Report unnecessary.

S. C. MCDANIEL ; HENRY HENDRICK, for plantiff in error.

No appearance for defendant.

BLECKLEY, Judge.

The complainant seeks to reach assets of a testator which are of an equitable nature, and which are not accessible to him by means of ordinary legal process. He alleges that he has obtained judgment against the executor, and annexes to his bill a copy of the *fi. fa.*, on which there is a return of *nulla bona.* But the *fi. fa.*, though it describes the defendant as executor, is against him personally. It contains no direction to levy of the goods, etc., of the testator. The presumption is that it follows the judgment, and consequently that the judgment is against the executor personally, and not in a condition to reach the effects of the estate until amended. 57 *Ga.*, 159. We do not feel warranted in reversing the judgment dismissing the complainant's bill.

Judgment affirmed.